BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00303 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RITO G. GONZALEZ-VILLASEÑOR, AND ALVARO G. ARTEAGA-SANTANA, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 17, 2013.

2. By this stipulation, defendants now move to continue the status conference until November 21, 2013, and to exclude time between October 17, 2013, and November 21, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and photographs on 3 DVDs. All of this discovery has been produced directly to counsel.

    b) Counsel for defendants desire additional time to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with

STIPULATION AND ORDER TO CONTINUE STATUS AND
EXCLUSION OF TIME

1

his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2013 to November 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2013        BENJAMIN B. WAGNER
United States Attorney

/s/ *TODD A. PICKLES*
TODD A. PICKLES
Assistant United States Attorney

Dated: October 15, 2013        */s/ TODD A. PICKLES FOR*
GILBERT ROQUE
Counsel for Defendant ALVARO G. ARTEAGA-SANTANA

Dated: October 15, 2013         */s/ TODD A. PICKLES FOR*
                                ERIN RADEKIN, ESQ.
                                Counsel for Defendant RITO G. GONZALEZ-VILLASEÑOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of October, 2013

Troy L. Nunley
United States District Judge