1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9                    IN THE UNITED STATES DISTRICT COURT
10
                      EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,          CASE NO.  2:13-CR-00303 TLN

13                      Plaintiff,     AMENDED STIPULATION REGARDING
                                       EXCLUDABLE TIME PERIODS UNDER SPEEDY
14          v.                         TRIAL ACT; FINDINGS AND ORDER

15  RITO G. GONZALEZ-VILLASEÑOR, AND
    ALVARO G. ARTEAGA-SANTANA,
16
                        Defendants.
17

18

19                              **STIPULATION**

20          1.      By previous order, this matter was set for status on November 21, 2013.

21          2.      By this stipulation, defendants now move to continue the status conference until January

22  16, 2014, at 9:30 a.m., and to exclude time between November 21, 2013, and January 16, 2014, under

23  Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The government has represented that the discovery associated with this case

26  includes investigative reports and photographs on 3 DVDs.  All of this discovery has been produced

27  directly to counsel.

28                  b)      The United States anticipates making plea offers to the defendants in the next few

weeks.

        c)     Counsel for defendants desire additional time to review discovery for this matter, to discuss potential resolutions with their clients, including reviewing discovery as it relates to the plea agreements, and to otherwise prepare for trial.

        d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)     The United States does not object to the continuance.

        f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1  IT IS SO STIPULATED.

2

3  Dated:  November 18, 2013                    BENJAMIN B. WAGNER
                                               United States Attorney

4                                              /s/ *TODD A. PICKLES*
                                               TODD A. PICKLES
5                                              Assistant United States Attorney

6

7  Dated:  November 18, 2013                    /s/ *TODD A. PICKLES FOR*
                                               GILBERT ROQUE, ESQ.
8                                              Counsel for Defendant ALVARO G.
                                               ARTEAGA-SANTANA
9

10

11

12  Dated:  November 18, 2013                   /s/ *TODD A. PICKLES FOR*
                                               ERIN RADEKIN, ESQ.
13                                             Counsel for Defendant RITO G. GONZALEZ-
                                               VILLASEÑOR
14

15

16

17

18                          **FINDINGS AND ORDER**

19          IT IS SO FOUND AND ORDERED this 19th day of November, 2013

20

21

22

23                                             _____
                                               Troy L. Nunley
24                                             United States District Judge

25

26

27

28